UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARVIN ANTONIO SUTTON, JR.,

              **Plaintiff,**

v.                                  Case No. 6:20-cv-1962-Orl-18GJK

UNITED STATES SOCIAL
SECURITY ADMINISTRATION,

              **Defendant.**

## ORDER

THIS CAUSE came for consideration on Defendant United States Social Security Administration's ("Defendant") Notice of Removal (Doc. 1) that was filed after Plaintiff Marvin Antonio Sutton, Jr. ("Plaintiff") filed a "Statement of Claim" against Defendant in the County Court of the Seventh Judicial Circuit in and for Volusia County, Florida. (*See* Doc. 1-1 at 5-7.) On October 26, 2020, the United States Magistrate Judge entered a Report and Recommendation (the "Report and Recommendation") (Doc. 6) recommending that Plaintiff's case be dismissed without prejudice. Having reviewed the Report and Recommendation (Doc. 6), and there being no timely objections filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 6) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff Marvin Antonio Sutton, Jr.'s Statement of Claim (Doc. 1-1 at 5-7) is **DISMISSED without prejudice.**

3. Plaintiff Marvin Antonio Sutton, Jr. is **GRANTED leave to file an amended complaint within 21 days** of the date of this Order. Failure to file an amended complaint within the time permitted will result in dismissal of the case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on this ___19___ day of November, 2020.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party